SNELLING & SNELLING *v.* DAN-RIDGE CHEVROLET, INC.

COTTER, C. J., LOISELLE, BOGDANSKI, PETERS and HEALEY, Js.

Argued February 7—decision released February 19, 1980

*Bruce M. Killion,* with whom, on the brief, was *Gregory C. Willis,* for the appellant (defendant).

*Irwin J. Gordon,* for the appellee (plaintiff).

PER CURIAM. The denial, as here, of a motion to open a default judgment does not constitute an abuse of discretion where it clearly appears that the defaulting party has no defense or that he has not been prevented from appearing by mistake, accident or other reasonable cause. General Statutes § 52-212; Practice Book, 1978, § 377; *A.D.C. Contracting & Supply Corporation* v. *Thomas J. Riordan, Inc.,* 176 Conn. 579, 580–81, 409 A.2d 1027 (1979); *Manchester State Bank* v. *Reale,* 172 Conn. 520, 523, 375 A.2d 1009 (1977); see *Mechanics Savings Bank* v. *Tucker,* 178 Conn. 640, 643, 425 A.2d 124 (1979).

There is no error.